IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LAUGHLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, CITY OF OAKLAND POLICE DEPARTMENT, FRED SHAVIES, WILLIAM PAPPAS, RICHARD VIERRA, and DOES 1-50, inclusive,<br><br>    Defendants.<br>                                               / | No. C 10-02422 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

    The parties' stipulation to continue the case management conference scheduled for September 2, 2010, is **DENIED**.

    **IT IS SO ORDERED.**

Dated: August 24, 2010.

                                                            WILLIAM ALSUP<br>
                                                            UNITED STATES DISTRICT JUDGE