1 | JOHN A. RUSSO, City Attorney, State Bar #129729
RANDOLPH W. HALL, Chief Assistant City Attorney, State Bar #080142
2 | JAMES F. HODGKINS, Supervising Trial Attorney, State Bar #142561
CHARLES E. VOSE, Senior Deputy City Attorney, State Bar #139700
3 | One Frank Ogawa Plaza, 6th Floor
Oakland, California  94612
4 | Telephone:  (510) 238-2961      Fax:  (510) 238-6500
cevose@oaklandcityattorney.org
5 | 27454/749045

6 | Attorneys for Defendants
CITY OF OAKLAND, SGT. RICHARD VIERRA,
7 | AND OFFICERS WILLIAM PAPPAS and FREDERICK SHAVIES

8

9

10

UNITED STATES DISTRICT COURT

11

NORTHERN DISTRICT OF CALIFORNIA

12

13 | DOUGLAS LAUGHLIN,

14 |          Plaintiff,

15 |     v.

16 | CITY OF OAKLAND, OAKLAND POLICE
DEPARTMENT, FRED SHAVIES, WILLIAM
17 | PAPPAS, RICHARD VIERRA, and DOES 1-50,
inclusive,

18

          Defendant(s).

19

Case No.  C-10-02422 WHA (LB)

**ORDER EXCUSING SGT. RICHARD VIERRA, OFFICERS WILLIAM PAPAS AND FREDERICK SHAVIES FROM THE SETTLEMENT CONFERENCE**

20 |          Upon application by defendants in this action SGT. RICHARD VIERRA and

21 | OFFICERS WILLIAM PAPPAS and FREDERICK SHAVIES, it is hereby ordered as

22 | follows:

23 |          SGT. RICHARD VIERRA and OFFICERS WILLIAM PAPPAS and

24 | FREDERICK SHAVIES are hereby excused from attending the Settlement Conference in

25 | this action, currently scheduled for February 8, 2011.  A command level member of the

26

Oakland Police Department shall attend the Settlement Conference in their place.

**IT IS SO ORDERED.**

Dated: _____January 31_____, 2011

IT IS SO ORDERED

Judge Laurel Beeler

_____
THE HONORABLE LAUREL BEELER
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE