# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

### CIVIL MINUTE ORDER

**Magistrate Judge LAUREL BEELER**

Date: **March 11, 2011**

**C 10-2422 WHA (LB)**

**Douglas Laughlin** v **City of Oakland**

Plaintiff Attorney(s):     Charles F. Bourdon & Rai Sue Sussman
Defendant Attorney(s):     Rachael Wagner & James Hodgkins

Deputy Clerk: **LASHANDA SCOTT**           Time: 4 hours and 7 mins
                                           Reporter: Leo Mankiewicz

**PROCEEDINGS:**                           **RULING:**

1. Settlement Conference                    Matter Held
2. _____   _____

( ) Status Conference    ( ) P/T Conference    ( ) Case Management Conference

### ORDERED AFTER HEARING:
Case settled. Counsel will submit dismissal papers by May 31, 2011.

( ) ORDER TO BE PREPARED BY:    Plntf_____ Deft_____ Court___

( ) Referred to Magistrate For:

( ) CASE CONTINUED TO _____    for _____

Discovery Cut-Off_____    Expert Discovery Cut-Off_____

Plntf to Name Experts by _____    Deft to Name Experts by_____

P/T Conference Date_____    Trial Date_____    Set for _____ days
                                       Type of Trial:  ( )Jury    ( )Court
Notes: _____