IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS LAUGHLIN,<br><br>    Plaintiff,<br><br>  v.<br><br>CITY OF OAKLAND, OAKLAND POLICE DEPARTMENT, FRED SHAVIES, WILLIAM PAPPAS, and RICHARD VIERRA,<br><br>    Defendants. | No. C 10-02422 WHA<br><br>**NOTICE REGARDING FAILURE TO FILE DISMISSAL** |

According to a minute entry concerning a settlement conference before Magistrate Judge Laurel Beeler on March 11, 2011, this case has settled, and counsel were supposed to submit dismissal papers by May 31. They have not. This notice is to remind counsel that all dates remain on calendar and counsel will be held to account, unless and until such dismissal is filed.

Dated: June 2, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE